IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL A. WHITE, M.D.                                                    PLAINTIFF

V.                                             CAUSE NO.: 1:13CV071-SA-DAS

DRUG ENFORCEMENT AGENCY                                       DEFENDANT

### ORDER ON MOTION TO DISMISS

Pursuant to a Memorandum Opinion issued this day, the Court finds that it lacks subject matter jurisdiction over this cause of action. Therefore, the Defendant's Motion to Dismiss [8] is GRANTED, this case is DISMISSED, and this civil action is CLOSED.

SO ORDERED, this the 10th day of December, 2013.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**